IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAQUANA BROOKINS,

   *Plaintiff*,

v.                                                        Case No.: 4:21cv353-MW/MJF

ERICA STRONG,

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 14, is **DENIED**. This matter is remanded to the Magistrate Judge for all further proceedings.

**SO ORDERED on May 2, 2022.**

                                                   s/Mark E. Walker              
                                                   **Chief United States District Judge**