# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SHAQUANA BROOKINS,**

    *Plaintiff*,

v.                              Case No.: 4:21cv353-MW/MJF

**ERICA STRONG,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's objections, ECF No. 20. Upon review, I agree that Plaintiff's amended complaint is due to be dismissed for failure to state a plausible claim for relief. *See also Hoffman v. Fed. Bureau of Prisons*, Case No. 13-cv-852-GPM, 2013 WL 5529612, *4 n.2 (S.D. Ill. Oct. 7, 2013) (dismissing similar claims challenging TRULINCS restriction and listing cases where other courts reached the same conclusion).

**IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

stating, "Plaintiff's amended complaint is dismissed without prejudice for failure to state a claim." The Clerk shall close the file.

**SO ORDERED on August 1, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
